**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

August 19, 2021

Writer's Direct Contact
+1 (212) 336.4092
KMooney@mofo.com

VIA CM/ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Guvera IP Pty Ltd. v. Spotify USA, Inc.*,
      Case No. 1:21-cv-04544-JMF (S.D.N.Y.)

Dear Judge Furman:

We are counsel to Defendant Spotify USA, Inc. ("Spotify") in the above-referenced action. We have conferred with counsel for Plaintiff Guvera IP Pty Ltd. ("Guvera"), and are writing on behalf of the parties to request extensions of certain upcoming deadlines.

The parties request that Spotify's time to respond to Guvera's Amended Complaint (ECF No. 10) be extended 45 days from August 26, 2021 (ECF No. 19) through **October 11, 2021**.

The parties also respectfully request that the deadline for the proposed case management plan and joint letter be extended until **October 18, 2021**, with the initial pretrial conference to be set thereafter at the convenience of the Court. The current deadline for the proposed case management plan and joint letter is August 26, 2021, and the initial pretrial conference is set for September 1, 2021 at 4:45 pm (ECF No. 15).

The parties jointly request these extensions in light of Spotify counsel's recent engagement, to allow Spotify's counsel adequate time to investigate Guvera's allegations and prepare a response, and for the parties to meet and confer regarding Guvera's claims and potential resolution.

No previous request to extend these deadlines has been made. No other deadlines have been set in this case.

*Application GRANTED. The initial pretrial conference is hereby ADJOURNED to **October 27, 2021**, at **3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 22.*

SO ORDERED.

[signature]

August 20, 2021

ny-2221265

MORRISON | FOERSTER

Honorable Jesse M. Furman
August 19, 2021
Page Two


Respectfully submitted,


*/s/ Kyle W.K. Mooney*
Kyle Mooney




Copy (via ECF) to:

Matthew M. Wawrzyn
Wawrzyn LLC
200 East Randolph Street
Suite 51100
Chicago, IL 60601
matt@wawrzynlaw.com

ny-2221265