UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUVERA IP PTY LTD.,

                Plaintiff,                                 21-CV-4544 (JMF)

             -v-                                          ORDER

SPOTIFY, INC.,

                Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 39, Defendant's earlier motion to dismiss filed at ECF No. 28 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **December 27, 2021**. Defendant's reply, if any, is due by **January 3, 2022**.

       The Clerk of Court is directed to terminate ECF No. 28.

       SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                                        JESSE M. FURMAN
                                            United States District Judge