**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GUVERA IP PTY LTD.,

                    Plaintiff,

      -against-                                     21 **CIVIL** 4544 (JMF)

                                                       **JUDGMENT**

SPOTIFY, INC.,

                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, the Court declines to sua sponte grant Guvera leave to amend again. Judgment is entered in favor of Spotify; accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2022

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                                 **Deputy Clerk**